UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES J. MORTIMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07cv380 |
| | ) |
| TISHMAN SPEYER PROPERTIES, INC. | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

THIS MATTER came before the Court upon the Motion of defendant TISHMAN SPEYER PROPERTIES, INC. to Strike Plaintiff's Supplemental Memorandum in Support of Plaintiff's Opposition to Defendant's Motion to Compel (# 26).

It appearing to the Court that plaintiff JAMES J. MORTIMER filed a Supplemental Memorandum in Support of Plaintiff's Opposition to Defendant's Motion to Compel Production of Documents and Information (# 25) on August 29, 2007.  This Court issued its ruling on defendant's Motion to Compel on August 28, 2007.  Thus, the Court did not consider plaintiff's Supplemental Memorandum.  Defendant's Motion is, therefore, moot.

An appropriate Order shall issue.

ENTERED this 5th day of September, 2007.

_____/s/_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia