```
                    UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         Alexandria Division

JAMES J. MORTIMER,                  )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )  Civil Action No. 1:07cv380
                                    )
TISHMAN SPEYER PROPERTIES,          )
INC.,                               )
                                    )
         Defendant.                 )
```

## MEMORANDUM OPINION

THIS MATTER came before the Court upon plaintiff JAMES J. MORTIMER's Motion to Compel Discovery Responses and Grant Leave to Plaintiff to Supplement Pretrial Disclosures (# 48).

UPON REVIEW of the pleadings, it appears to the Court that defendant's objections are without merit.

THEREFORE, defendant must provide supplemental answers to plaintiff's Third Request for Production of Documents Nos. 7-9 and 17-18 and Fourth Request for Production of Documents No. 6 by October 5, 2007 at 5:00 p.m.  The parties will then have up to and including October 12, 2007 by which to exchange their pretrial submissions and up to and including October 15, 2007 by which to file objections.

An appropriate Order shall issue.

ENTERED this 28th day of September, 2007.

```
                              _____/s/_____
                              THERESA CARROLL BUCHANAN
                              UNITED STATES MAGISTRATE JUDGE
```

Alexandria, Virginia